IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE ELLIS THOMAS, on behalf of himself and all others similarly situated, : | |
| : | |
| Plaintiff : | No. 10-CV-4413 |
| : | |
| v. : | |
| : | |
| PYROMET, INC. and : | |
| LORGUS CFO SERVICES, LLC, : | |
| : | |
| Defendants : | |

**DEFENDANT LORGUS CFO SERVICES, LLC'S**
**<u>DISCLOSURE STATEMENT</u>**

Please check one box:

    X    The nongovernmental corporate party, <u>Lorgus CFO Services, Inc.</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

        The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

                      KAPLIN STEWART MELOFF REITER & STEIN, P.C.

                      /s/ Sandhya M. Feltes
                      Sandhya M. Feltes, Esq.
                      Union Meeting Corporate Center
                      910 Harvest Drive
                      Blue Bell, PA 19422
                      (610) 941-2561
                      (610) 684-2011 fax
                      Attorney for Defendants Pyromet, Inc. and
                      Lorgus CFO Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2010, I caused to be served a true and correct copy of Defendant Lorgus CFO Services, LLC's Disclosure Statement, upon the following via ECF Electronic Notification:

Robert P. Cocco, Esq.
Robert P. Cocco, P.C.
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

/s/ Sandhya M. Feltes
Sandhya M. Feltes, Esq.
Union Meeting Corporate Center
910 Harvest Drive
Blue Bell, PA 19422
(610) 941-2561
(610) 684-2011 fax
Attorney for Defendants Pyromet, Inc. and
Lorgus CFO Services, LLC